# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE E. RUIZ PEREZ, et al.

Plaintiffs

v.

COMMONWEALTH OF PUERTO RICO, et al.

Defendants

CIVIL NO. 98-1555(SEC)

Section 1983

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 3<br><br>Plaintiffs' Motion for Inclusion of Documents and to Amend the Complaint to Add Claims and Defendants | GRANTED. |

In San Juan, Puerto Rico, this 3d day of September, 1999.

SALVADOR E. CASELLAS
U.S. District Judge

| Rec'd | To Judge |
|---|---|
| By | # |

