IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSÉ E. RUIZ-PÉREZ

    Plaintiff

        v.

COMMONWEALTH OF PUERTO RICO,
et. al.

    Defendants

Civil No. 98-1555(SEC)

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, subject to his approval pursuant to Local Rules 302(2) and 302(7).

**SO ORDERED.**

In San Juan, Puerto Rico, this 9TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)