IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN RUIZ PEREZ

    **Plaintiff(s)**

    v.                          CIVIL NO. 98-1555 (JAG)

COMMONWEALTH OF PUERTO RICO

    **Defendant(s)**

---

### ORDER TO SHOW CAUSE

Plaintiff's have not made an appearance in this Court since December 1, 1999. The Court orders plaintiffs to show cause by February 21, 2002, why they have failed to comply with the Court's orders. (Docket # 17). Failure to appear and show cause by that date shall result in the dismissal of the case for want of prosecution.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day February 2002.

                              JAY A. GARCIA-GREGORY
                              United States District Judge

