UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOHN RUIZ PEREZ

**Plaintiff(s)**

v.                          CIVIL NO.  98-1555 (JAG)

COMMONWEALTH OF PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/21/02<br>**Title:** Motion Requesting Enlargement of Time to Show Cause<br>**Docket(s):** 21<br>[ X ] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | Counsel is **granted** until March 21, 2002 to appear as plaintiff's legal representative and answer the Court's order to show cause. Failure to appear or otherwise show cause shall result in dismissal of the action. |

Date:  February 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( ✓ )
attys/pts
in ICMS
3/4/02