IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE E. RUIZ PEREZ, et als.

    Plaintiffs

v.

COMMONWEALTH OF PUERTO RICO,
ET ALS.

    DefendantS

CIVIL NO. 98-1555 (JAG)

## JUDGMENT

Based on the Memoranda and Orders of this date, the Court enters judgment dismissing with prejudice the claims of José E. Ruiz Perez, Luis A. Lorand-Irizarry, Antonio E. Depombo-Cobo, Emilio Gonzalez and Paola Nesmith.

The Court declines to exercise its supplemental jurisdiction over plaintiffs' state law claims under 28 U.S.C. § 1367 and they are hereby dismissed without prejudice. This case is now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of March 2002.

JAY A. GARCIA-GREGORY
United States District Judge